DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emily Elizabeth Kingsbury, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 1:23-cv-01391-GSA <br><br> STIPULATION AND <br>1391| ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from December 27, 2023 to February 26, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week and due to the upcoming holidays.  For the weeks of December 25, 2023 and January 1, 2024 Counsel has ten merit briefs due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: December 13, 2023          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: December 13, 2023          PHILLIP A. TALBERT
                                  United States Attorney
                                  MATTHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation, Office 7


By:  **/s/ Michael Marriott*
     Michael Marriott
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on December 13, 2023)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **December 13, 2023**                        **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE