1  PHILLIP TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5  Office of Program Litigation, Office 7
   Office of the General Counsel
6  Social Security Administration
7       6401 Security Boulevard
        Baltimore, MD 21235
8       Telephone: (510) 970-4864
        E-Mail: mary.tsai@ssa.gov
9
10 Attorneys for Defendant

11

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14                           FRESNO DIVISION

15

16 EMILY ELIZABETH KINGSBURY,        )   CIVIL NO. 1:23-cv-01391-NODJ-GSA
                                     )
17       Plaintiff,                  )   **STIPULATION TO VOLUNTARY**
                                     )   **REMAND PURSUANT TO SENTENCE**
18       v.                          )   **FOUR OF 42 U.S.C. § 405(g) AND TO**
   COMMISSIONER OF SOCIAL SECURITY,  )   **ENTRY OF JUDGMENT; ORDER**
19                                   )
         Defendant.                  )
20                                   )
                                     )
21 _____ )

22

23       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

24 attorneys, and with the approval of the Court, that the Commissioner of Social Security has

25 agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The

26 purpose of the remand is to offer Plaintiff a new decision.

27       On remand, the Commissioner will further develop the record as necessary, and issue a

28 new decision. The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  March 20, 2024 /s/  Jonathan O. Peña*
JONATHAN O. PEÑA
Attorney for Plaintiff
*Authorized via e-mail on March 7, 2024

PHILLIP TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By: /s/  Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

Judgment is **directed** for Plaintiff

IT IS SO ORDERED.

Dated:  **March 20, 2024**          /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND